**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SI03, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No:  1:25-cv-00103-SNLJ |
| v. | ) | |
| | ) | Jury Trial Demanded |
| THE MBP COMPANY, LLC | ) | |
| d/b/a MARRON FOODS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL AND FOR STAY

COMES NOW Plaintiff's counsel, Kevin J. O'Shea and OShea Law LLC (collectively, "O'Shea"), and for their Motion to Withdraw as Counsel and For Stay state the following:

1.      Plaintiff retained O'Shea to represent it in this and other matters;

2.      Plaintiff has terminated O'Shea's representation of Plaintiff in this matter, effective immediately.

3.      Accordingly, pursuant to Mo. S. Ct. R. 4-1.16(a)(3), O'Shea requests the Court to order withdrawal of O'Shea as counsel of record for Plaintiff in this matter.

4.      Plaintiff requests that the Court stay all proceedings in this matter for ninety days due to the need to transfer voluminous files, the complexity of transitioning multiple corporate entities, and the need to retain substitute counsel.

*       *       *

1

Dated:  May 1, 2026

Respectfully submitted,

/s/Kevin J. O'Shea
Kevin J. O'Shea #70436MO
OShea Law LLC
1744 Ridge Road
Jackson, MO  63755
Phone:  (312) 282-3484
koshea@oshealawllc.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Kevin J. O'Shea
Kevin J. O'Shea