# Exhibit 3

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| SI03, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No:  1:25-cv-00103-SNLJ |
| v. | ) | |
| | ) | Jury Trial Demanded |
| THE MBP COMPANY, LLC | ) | |
| d/b/a MARRON FOODS, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF SI03, INC.'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES (No. 11)

COMES NOW Plaintiff SI03, Inc. ("SI03") and submits the following Supplemental Response to Defendant The MBP Company, LLC d/b/a Marron Foods' ("Defendant") First Set of Interrogatories (No. 11).

### GENERAL OBJECTIONS

1. SI03 objects to all of Defendant's Interrogatories to the extent they seek information protected by the attorney-client privilege, work product doctrine and/or any other applicable privilege that has not been waived.

2. SI03 objects to Defendant's Definitions and Instructions to the extent that they purport to impose upon SI03 duties and requirements beyond those imposed by the Federal Rules of Civil Procedure.  SI03 specifically objects to Defendant's definitions of "You," "Your," "SI03," and "Plaintiff" as "SI03, Inc., as well as its owners, employees, agents, representatives, attorneys, and any other person or entity acting on their behalf." This definition is overly broad, unduly burdensome, and not proportional to the needs of

1

the case.  SI03 also objects to this definition on the grounds that it purports to include individuals and entities beyond SI03 who are irrelevant and outside the scope of the case, and purports to impose a burden on SI03 to obtain information from third parties outside of its control.  Except where expressly indicated, the Responses below are provided on behalf of SI03 only, and any representation that "SI03" is providing or will provide a substantive Response and/or produce responsive documents refers only to information in the files of SI03.

## SUPPLEMENTAL RESPONSE

1.      Describe in detail all steps You took to mitigate any alleged damages sought in Your Complaint.

**RESPONSE:**   SI03 objects to this Interrogatory insofar as the demand that SI03 "[d]escribe in detail all steps" is vague, overbroad, and seeks information disproportionate to the needs of this matter.  Moreover, this phrase is unbounded in its scope and seeks information beyond the claims and defenses in this case.  Subject to the foregoing and its General Objections, SI03 responds that it purchased whey protein concentrate, and contracted with a third party to agglomerate that whey protein concentrate, to replace the whey protein concentrate damaged by Defendant.  SI03 further responds that it reformulated certain of its final products manufactured using the agglomerated milk protein concentrate delivered by Defendant.

**SUPPLEMENTAL RESPONSE:**  SI03 incorporates its Response to Interrogatory No. 11, including the objections stated therein, and further responds that SI03 sold to Creative Compounds, LLC on or about March 4, 2026, 33,862.656 pounds of the whey protein

2

concentrate supplied by Defendant that is the basis of SI03's claims in this lawsuit.  Specific information regarding the sale, including without limitation the sale price and delivery details, are set forth in documents being produced herewith as SI03 000359 – 000369.

Dated:  March 31, 2026

Respectfully submitted,

/s/Kevin J. O'Shea
Kevin J. O'Shea
OShea Law LLC
1744 Ridge Road
Jackson, MO  63755
Phone:  (573) 388-2296
koshea@oshealawllc.com

*Counsel for Plaintiff SI03, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I served upon counsel for Defendant via email the foregoing Plaintiff's Supplemental Response to Defendant's First Set of Interrogatories (No. 11) as follows:

Aaron Chickos (aaron.chickos@huschblackwell.com)
Zach Hollstrom (zach.hollstrom@huschblackwell.com)

/s/ Kevin J. O'Shea
Kevin J. O'Shea

4