# Exhibit 4

# HUSCH BLACKWELL

Aaron J. Chickos
Partner

8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Direct: 314.345.6343
Fax: 314.480.1505
aaron.chickos@huschblackwell.com

April 3, 2026

**VIA E-MAIL**

Kevin O'Shea
Principal
O'Shea Law LLC
1744 Ridge Road
Jackson, MO  63755
koshea@oshealawllc.com
*Counsel for SI03, Inc.*

> Re:  *SI03, Inc. v. The MBP Company, LLC d/b/a Marron Foods*, Case No. 1:25-CV-00103 (E.D. Mo.)

Dear Kevin:

We write regarding the above-referenced lawsuit brought by SI03, Inc. ("SI03") against The MBP Company, LLC d/b/a Marron Foods ("Marron") (the "Litigation") and the at-issue agglomerated WPC 80 (the "Product").

As you know, the specifications, composition, condition, and other measurable properties of the Product are central to the claims, counterclaims, and defenses in the Litigation.  Thus, we were surprised to learn that SI03 had disposed of the Product by selling it to an alleged third party without first notifying Marron or providing Marron any opportunity to inspect the Product. While, as a result, the Product itself may no longer be within SI03's possession, custody, or control, it is imperative that SI03 preserve and maintain all remaining samples, documents, and communications regarding the Product, its sale, and its condition. Putting aside the implications of SI03's disposition of the Product and any recourse available to Marron — which Marron reserves all rights and remedies in relation to — SI03 has a continuing obligation to preserve what documents, materials, and information remain.

Please consider this letter a reminder of your ongoing duty to preserve and maintain documents, communications, and materials related to the Product and the Litigation generally. This includes taking all steps necessary to ensure the preservation and protection from deletion all paper and electronically stored documents, information, communications, databases, samples, and any other items or things that relate to the aforementioned subjects.

HB: 4897-7946-8701.1

EXHIBIT
4

# HUSCH BLACKWELL

Kevin O'Shea
April 3, 2026
Page 2

We appreciate your cooperation.

Respectfully,

HUSCH BLACKWELL LLP

Aaron J. Chickos
Partner

HB: 4897-7946-8701.1

# HUSCH BLACKWELL

Aaron J. Chickos
Partner

8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Direct: 314.345.6343
Fax: 314.480.1505
aaron.chickos@huschblackwell.com

April 3, 2026

**VIA E-MAIL**

Corey McNeeley
Creative Compounds, LLC
4711 Nash Road
Scott City, MO, 63780

Kevin O'Shea
Missouri Registered Agent
Creative Compounds, LLC
600 Daugherty Street
Scott City, MO 63780

Re:    *SI03, Inc. v. The MBP Company, LLC d/b/a Marron Foods*, Case No. 1:25-CV-00103 (E.D. Mo.)

Dear Mr. McNeeley:

We represent The MBP Company, LLC d/b/a Marron Foods ("Marron") in the above captioned litigation (the "Litigation").

We recently learned that the Whey Protein Concentrate 80 that is at issue in the Litigation (the "Product") was recently transferred by SI03, Inc. ("SI03") to Creative Compounds, LLC ("Creative Compounds") pursuant to Purchase Order 4959, dated March 4, 2026. We also understand that Creative Compounds was the vendor that originally obtained the product from Saputo Cheese USA, Inc. ("Saputo") pursuant to Purchase Order 4839-3 and supplied it to SI03 pursuant to Purchase Order 1080.

We write to you to inform you that the Product, including its specifications, composition, condition, and other measurable properties, are central to the claims and defenses of the parties in the Lawsuit. Accordingly, it is imperative that Creative Compounds preserve and maintain all documents, communications, and materials regarding the Product, its acquisition, purchase, any sale, and its condition. This includes the Product itself, samples of the Product (including any pre-shipment samples received by Creative Compounds from Saputo), testing results relating to the

HB: 4937-5730-7293.1

# HUSCH BLACKWELL

Kevin O'Shea
April 3, 2026
Page 2

Product or samples, and items and things related to the physical storage and maintenance of the Product, as it may be necessary for Marron to inspect it.

Please consider this letter notification of your duty to preserve and maintain the above-referenced documents, communications, and materials. This includes taking all steps necessary to ensure the preservation and protection from deletion, all paper and electronically stored documents, information, communications, databases, samples, and any other items or things that relate to the aforementioned subjects.

We appreciate your cooperation.

Respectfully,

HUSCH BLACKWELL LLP

Aaron J. Chickos
Partner

HB: 4937-5730-7293.1