# Exhibit 5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SI03, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No:  1:25-cv-00103-SNLJ |
| v. | ) | |
| | ) | |
| THE MBP COMPANY, LLC | ) | |
| d/b/a MARRON FOODS, | ) | |
| | ) | |
| *Defendant.* | ) | |

<u>**DECLARATION OF AARON CHICKOS**</u>

I, Aaron Chickos, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I have personal knowledge of the facts stated herein.

2.      **Exhibit 1** to Marron Foods' Partial Opposition to Motion to Withdraw as Counsel and for Stay and Cross Motion for Related Relief filed on May 15, 2026 ("Opposition and Cross Motion") is a true and correct copy of SI03, Inc.'s ("SI03") Answers to Marron Foods' First Set of Interrogatories served on or about February 25, 2026.

3.      **Exhibit 2** to the Opposition and Cross Motion is a true and correct copy of Marron Foods' First and Second Set of Requests for Production served on or about January 26, 2026 and April 21, 2026, respectively.

4.      **Exhibit 3** to the Opposition and Cross Motion is a true and correct copy of SI03's Supplemental Response to Marron Foods' Interrogatory No. 11 served on or about March 31, 2026.

5.      **Exhibit 4** to the Opposition and Cross Motion is a true and correct copy of Marron Foods' letters to SI03 and Creative Compounds, LLC ("Creative Compounds") sent by email to counsel for SI03 on or about April 3, 2026.

1

**EXHIBIT**
**5**

6. On or about April 7, 2026, a telephone call took place between counsel for SI03 and Marron Foods. During that call, SI03 communicated to Marron Foods that no corporate affiliation existed between SI03 and Creative Compounds. Counsel for SI03 further indicated that he did represent or had represented Creative Compounds on some or all legal matters.

7. **Exhibit 6** to the Opposition and Cross Motion is a true and correct copy of documents produced in the above-captioned lawsuit by SI03 (SI03 000359–SI03 000361) on or about March 31, 2026.

8. **Exhibit 8** to the Opposition and Cross Motion is a true and correct copy of an email received from counsel for SI03 on or about April 21, 2026.

9. **Exhibit 9** to the Opposition and Cross Motion is a true and correct copy of a letter sent to SI03 on or about April 21, 2026.

10. **Exhibit 10** to the Opposition and Cross Motion is a true and correct copy of the subpoena served on Creative Compounds on or about April 21, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in St. Louis, Missouri this 15th day of May 2026.

*/s/ Aaron Chickos*
Aaron Chickos

2