# Exhibit 6

# Purchase Order

| Date | P.O. # | Rev Date | Rev # |
|------|--------|----------|-------|
| 3/4/2026 | 4959 | | |

**4711 Nash Rd.**
**Scott City, Missouri 63780 USA**
**www.creativecompounds.com**

| Vendor | Ship To |
|--------|---------|
| SI03, Inc.<br>3849 Business Park Place Suite A<br>Cape Girardeau MO 63701 | Creative Compounds, LLC<br>4711 Nash Rd<br>Scott City, MO 63780 USA<br>Phone:573-264-1440 |

| Shipping Method | | Consignee |
|-----------------|--|-----------|
| **Final Destination** | Scott City, Missouri, USA | Creative Compounds, LLC<br>4711 Nash Road<br>Scott City, Missouri 63780 USA<br>Phone: 573-264-1440 \| Fax: 573-264-1444 |
| **Terms** | Net 20 | |

| Item # | HTS Code | Description | Lot number | Qty | Unit Price | Line Total |
|--------|----------|-------------|------------|-----|------------|------------|
| 4023 | | lbs. Whey Protein Concentrate 80%(WPC) Instant with Soy Lecithin<br><br>Lot 072-25A<br><br>Customer agrees that material purchase "AS IS" with no warranty. | | 33,862.656 | 3.25 | 110,053.63 |

|  | **Total** | **$110,053.63** |
|--|-----------|-----------------|

## Instructions

- Seller must inform the Buyer if the order will be sent in multiple batches.  One single batch number per pallet.
- Material to be double-bagged in CLEAR bags within same size drums (No wooden lids).
- Material will be shipped only with labels containing the following information:
    Distributed by Creative Compounds, LLC
    Name of ingredient and lot number
    Gross and net weight
    4711 Nash Rd., Scott City, MO 63780
- Drums must be shipped banded and wrapped securely on pallets.  Plastic pallets are required where a pallet is necessary to transport the goods.
- A charge of $25.00 will apply to cover replacement & restocking costs for each pallet not in compliance.
- The Seller is responsible to use the HTS Code provided by the Buyer.  Any fees incurred failing to provide the correct HTS Code to the courier will be billed or deducted from the final invoice.
- This PO may be adjusted based on Buyer's needs and circumstances.

## Compliance Statement

In compliance to the ban on the use of irradiated dietary supplements and ingredients (pg. 34860 of the Federal Register 72 FR 34751 June 25, 2007 in the (Response) to Comment 210), please note that Creative Compounds will not accept materials that have been sterilized by irradiation.
In compliance to section 346(a) of the Federal Food, Drug and Cosmetic Act (FFCDA 21 U.S.C. Sec. 342), please note that Creative Compounds will not accept materials that have been fumigated using Ethylene Oxide (EtO).

## Forced Labor Statement

Creative Compounds will not knowingly purchase any product whose manufacturers or suppliers involved the use of any child, slave, prison, forced labor, or in violation of any applicable local, national or international labor or human trafficking laws, including but not limited to Xinjiang Uyghur Autonomous Region. Additionally, we will not knowingly purchase products made in violation of established environmental or consumer product safety requirements.  The Seller is responsible for notifying the Buyer if the above is not in compliance.

The following documents shall govern this purchase order:
1. Creative Compounds, LLC's Purchase Terms and Conditions (included with this order).
2. Seller's Sales Contract.
In case of conflict, document of higher ranking on the above list shall have precedence over lower ranking document.

EXHIBIT
6

CONFIDENTIAL

SI03 000359

**syntrax**®

*Sales Order*

# ProForma Invoice

SI03, Inc
3849 Business Park Place Suite A
Cape Girardeau, MO 63701

573-388-2301
573-388-2302
www.si03.com

| Date | S.O. No. |
|------|----------|
| 3/4/2026 | 11235 |

| Name / Address |
|----------------|
| Creative Compounds<br>P.O. Box 4011<br>Scott City, MO  63780 |

| Ship To |
|---------|
| Creative Compounds<br>4711 Nash Road<br>Scott City, MO  63780 |

| CRM SO # | P.O. No. | Terms | Rep |
|----------|----------|-------|-----|
|  | 4959 | Net 15 |  |

| Ordered | Item | Description | Rate | Invoiced | Amount | Shipped |
|---------|------|-------------|------|----------|--------|---------|
| 33862.656 | MF WPC80 Instantiz... | MF Whey Protein Concentrate 80% : Instantized (WPC-80)<br><br>Customer agrees that material sold is "AS IS" with no warranty.<br><br>20kg Bags<br>40 bags/Pallet | 3.25 | 0 | 110,053.63 |  |

| Total | $110,053.63 |
|-------|-------------|

CONFIDENTIAL

SI03 000360

# syntrax®

# Invoice

| | Date | Invoice # |
|---|---|---|
| | 3/4/2026 | 47672 |

**Remit To/Make Check Payable To: SI03, Inc**

3849 Business Park Place Suite A
Cape Girardeau, MO 63701

573-388-2301

www.si03.com

| Bill To | Ship To |
|---|---|
| Creative Compounds<br>P.O. Box 4011<br>Scott City, MO 63780 | Creative Compounds<br>4711 Nash Road<br>Scott City, MO 63780 |

| S.O. No. | P.O. No. | Terms | Due Date | Rep | Ship Date | Ship Via |
|---|---|---|---|---|---|---|
| 11235 | 4959 | Net 15 | 3/19/2026 | | 3/4/2026 | |

| Quantity | Item | Lot Number | Description | Rate | Amount |
|---|---|---|---|---|---|
| 33,862.656 | MF WPC80 I... | 072-25A | MF Whey Protein Concentrate 80% : Instantized (WPC-80)<br><br>Customer agrees that material sold is "AS IS" with no warranty.<br><br>20kg Bags<br>40 bags/Pallet | 3.25 | 110,053.63 |

Note: SI03, Inc. strives for high levels of quality control and order accuracy. By signing for this order you are verifying that all product has been received in good, sellable condition. In the event of damages/shortages/overages or other discrepancies, it MUST BE NOTED ON THE BOL/DELIVERY ACKNOWLEDGEMENT AND DAMAGES REFUSED AT TIME OF DELIVERY. In the event you receive products that are damaged or missing, you are REQUIRED to notify your sales representative within 48 hours of receiving this shipment. If damages/shortages are not noted OR refused at the time of delivery and/or sales representative is not notified within the required time frame, customer assumes all responsibility for product, return shipping and balance due. Net 30 invoices are due 30 days from the date of creation. Invoices that are more than 15 days past due are subject to a credit hold. A finance charge of 1.5% will be added to the outstanding balance each month thereafter until your account is paid in full.

| | |
|---|---|
| Subtotal | $110,053.63 |
| Total U.S. Dollars | $110,053.63 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$110,053.63** |

CONFIDENTIAL

SI03 000361