Exhibit 7

**USDA** Agricultural Marketing Service
U.S. DEPARTMENT OF AGRICULTURE

# DAIRY MARKET NEWS
MMN Slug ID 2998

WEEK OF MAY 4 - 8, 2026
VOLUME 93, REPORT 19

## DAIRY MARKET NEWS AT A GLANCE

**CME GROUP CASH MARKETS (5/8)**

**BUTTER:** Grade AA closed at $1.6650. The weekly average for Grade AA is $1.6200 (-0.0305).

**CHEESE:** Barrels closed at $1.6000 and 40# blocks at $1.6225. The weekly average for barrels is $1.6090 (-0.0060) and blocks $1.6350 (-0.0080).

**NONFAT DRY MILK:** Grade A closed at $2.2900. The weekly average for Grade A is $2.2845 (+0.0255).

**DRY WHEY:** Extra grade dry whey closed at $0.7000. The weekly average for dry whey is $0.6970 (-0.0055).

**BUTTER HIGHLIGHTS:** Domestic butter demand is steady throughout the country. Export demand is mixed. East region stakeholders report light demand, Central region stakeholders report demand is picking up, and West region stakeholders report it varies from somewhat lighter to strong. Spot cream loads are available, but demand from butter manufacturers is moderate. Butter production schedules are generally busy seven days a week. 80 and 82 percent butterfat butter loads are available. Bulk butter overages range from 2 cents below to 6 cents above market across all regions.

**CHEESE HIGHLIGHTS:** Seasonally strong milk supplies in the Northeast keep cheese plants busy. Demand is growing, especially for premium brands and cheddar. Retail and bulk interest is steady to strong, inventories are balanced, and exports remain strong despite rising transport costs. Central region milk output is strong. Class III spot milk ranges from $7 under to flat Class. Spot supply varies, with some buyers paying above Class and others finding discounts. Cheesemakers are running busy schedules. Barrel and block demand is steady to improving, with rising international interest. In the West, sustained spring milk peaks provide ample Class III volumes. Spot demand ranges from moderate to strong with seven-day production. Spot loads are available, but some expect tight inventories through Q2.

International demand is somewhat strong with steady domestic demand. Retail/food manufacturers are more active than food service.

**FLUID MILK HIGHLIGHTS:** Nationwide, farm level output is steady to strong. Some regions, particularly in the Northern states, are still in spring flush, and Southern states have yet to see extreme temperatures that would affect cow comfort. Class I demand is unchanged from previous weeks, but contacts indicate a drop in production will occur when educational institutions begin their summer breaks. Class II demand is strong. Manufacturers are running busy production schedules to keep up with demand. Spot sale frequency of cream for Class II is up this week. Class III demand is steady to light. Spot activity for Class III milk increased from slow to moderate. Spot prices for Class III milk range from $7-under to flat. Class IV demand is strong. Butter churns and dryers are both operating at or near capacity to keep up with demand. Spot cream sale for Class IV is light. Nonfat dry milk prices remain high. Condensed skim demand is steady to strong. Pricing for condensed skim ranges from flat to $0.30 over Class price. Cream multiples for all Classes range: 1.15 – 1.42 in the East; 1.15 – 1.35 in the Midwest; 1.06 – 1.26 in the West.

**DRY PRODUCTS HIGHLIGHTS:** Nonfat dry milk prices strengthened this week across all regions and heat levels. The largest increase occurred at the top of the price range for low/medium heat in the West. Dry buttermilk prices moved higher in the Central and East regions, with prices in the West holding steady. Dry whey markets were slightly lower across the board, except for no change at the top of the Central price range. Lactose prices softened at the bottom of the price range, while the remainder of the price series was unchanged. Demand remains strong and inventories are tight, while manufacturers report little to no spot availability.

**CONTINUED ON PAGE 1A**

## TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| Product Highlights/CME/DMN at a Glance | 1 | Dry Whey/WPC 34%/Lactose/Casein | |
| Weekly CME Cash Trading/Butter Markets | 2 | U.S Dairy Cow Slaughter/Class Milk Prices/NDPSR/Futures | |
| Cheese Markets | 3 | International Dairy Market News | |
| Fluid Milk and Cream | 4 | DMN Monthly Averages | |
| Nonfat Dry Milk/Dry Buttermilk/Dry Whole Milk | 5 | March Dairy Products | |

| | |
|---|---|
| 6 March Ag Prices | 11 |
| 7 Dairy Graphs | G1 |
| 8 Weekly Grocery Store Activity | |
| 9 Dairy Market News Contacts | |
| 10 | |

### DAIRY MARKET NEWS PRICE SUMMARY FOR MAY 4 - 8, 2026
#### PRICES ($/LB) & CHANGES FROM PREVIOUS PUBLISHED PRICES

| Commodity | Range | | Mostly | | Commodity | Range | | Mostly | | Commodity | Range | | Mostly | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NDM** | | | | | **DRY BUTTERMILK** | | | | | **LACTOSE** | | | | |
| Central Low/Med. Heat | 2.2000 | 2.3600 | 2.2500 | 2.3000 | Central/East | 1.7000 | 1.8600 | | | Central/West | 0.4400 | 0.6800 | 0.5300 | 0.6100 |
| Change | 0.0200 | 0.0100 | 0.0100 | N.C. | Change | 0.0500 | 0.0100 | | | Change | -0.0600 | N.C. | N.C. | N.C. |
| Central High Heat | 2.3000 | 2.4100 | | | West | 1.6500 | 1.8500 | 1.7000 | 1.8000 | **WPC 34%** | | | | |
| Change | 0.0500 | 0.0100 | | | Change | N.C. | N.C. | N.C. | N.C. | Central/West | 1.6400 | 2.0500 | 1.6500 | 1.7500 |
| West Low/Med. Heat | 2.1600 | 2.3500 | 2.2200 | 2.3000 | **DRY WHEY** | | | | | Change | 0.0900 | N.C. | 0.0100 | N.C. |
| Change | 0.0400 | 0.0600 | 0.0400 | 0.0400 | Central | 0.5800 | 0.7200 | 0.6000 | 0.6800 | **CASEIN** | | | | |
| West High Heat | 2.3000 | 2.4300 | | | Change | -0.0200 | N.C. | -0.0100 | -0.0100 | Rennet | 3.6500 | 4.2500 | | |
| Change | 0.0400 | 0.0400 | | | West | 0.6500 | 0.8000 | 0.6900 | 0.7500 | Change | N.C. | N.C. | | |
| **DRY WHOLE MILK** | | | | | Change | -0.0100 | -0.0200 | -0.0100 | -0.0200 | Acid | 3.9000 | 4.6000 | | |
| National | 2.3500 | 2.7800 | | | Northeast | 0.6000 | 0.7000 | | | Change | N.C. | 0.2000 | | |
| Change | 0.0500 | 0.0100 | | | Change | N.C. | -0.0100 | | | **ANIMAL FEED WHEY** | | | | |
| | | | | | | | | | | Central | 0.3500 | 0.3700 | | |
| | | | | | | | | | | Change | N.C. | N.C. | | |

### DAIRY MARKET NEWS PRICE SUMMARY FOR APRIL 27 - MAY 8, 2026
#### PRICES ($/MT) & CHANGES FROM PREVIOUS PUBLISHED PRICES

| Commodity | Range | | Commodity | Range | | Commodity | Range | |
|---|---|---|---|---|---|---|---|---|
| **SMP** | | | **WHOLE MILK POWDER** | | | **BUTTER** | | |
| Europe | 3275 | 3600 | Europe | 3775 | 4075 | W. Europe | 4400 | 4850 |
| Change | 175 | 250 | Change | -100 | N.C. | Change | -225 | -325 |
| Oceania | 3500 | 3675 | Oceania | 3650 | 3750 | Oceania | 5650 | 6250 |
| Change | 25 | 100 | Change | 50 | 25 | Change | -150 | -350 |
| S. America | 3400 | 3850 | S. America | 3600 | 4500 | **BUTTEROIL** | | |
| Change | N.C. | 50 | Change | 100 | N.C. | W. Europe | 6250 | 6575 |
| **DRY WHEY** | | | | | | Change | N.C. | -125 |
| W. Europe | 1700 | 2100 | | | | **CHEDDAR CHEESE** | | |
| Change | 75 | 150 | | | | Oceania | 4550 | 4900 |
| | | | | | | Change | -200 | N.C. |

EXHIBIT 7

**CONTINUED FROM PAGE 1**

Whey protein concentrate (WPC) 34% prices continue to firm throughout the price series, as the bottom of the price range and mostly range strengthened, while the tops remained steady. Dry whole milk prices moved higher across the entire price range this week. Acid casein prices increased at the top of the range and were steady at the bottom. Rennet casein prices were unchanged.

**INTERNATIONAL DAIRY MARKET NEWS: WEST EUROPE:** A major UK dairy cooperative increased its conventional milk price for May as global dairy markets showed signs of stabilizing, while several other processors maintained unchanged pay prices amid ongoing uncertainty. Germany's recent livestock growth is driven by three key factors: improved herd retention, rising number of young replacement animals, and operational adjustments tied to changing market conditions. **EAST EUROPE:** Russia exported approximately $12.5 million in dairy products to Belarus during the first quarter of 2026, with cheese, fermented dairy products, and milk powders accounting for much of the trade flow. Ukraine's dairy sector continues to face mounting pressure from the combined impact of war-related disruptions and rising energy costs, which are increasing expenses for fuel, fertilizers, logistics, and farm operations. **OCEANIA: AUSTRALIA:** Milk production data from Australia for March 2026 was recently released by Dairy Australia. Data shows total March 2026 milk production was 612.3 million liters, up 16.4 million liters (2.8 percent) year over year. Although global milk supplies remain solid, persistent market variables continue to create uncertainty. **NEW ZEALAND:** In March, New Zealand's dairy exports rose in both volume and value compared with the same month last year. The 2026/2027 season milk price forecast has been revised up from $9.62/kgMS to $9.98/kgMS. **SOUTH AMERICA:** Milk production in South America varies from steady to stronger. Input costs such as energy or fertilizers are increasing, which could push back against milk production growth. Milk powder production is strong as seasonal milk production is sending plenty of loads to processing facilities. Domestic demand in South America is steady.

**MARCH DAIRY PRODUCTS HIGHLIGHTS (NASS):** Butter production was 232 million pounds, 1.2 percent above March 2025 and 4.1 percent above February 2026. American type cheese production totaled 488 million pounds, 2.3 percent below March 2025 but 7.4 percent above February 2026. Total cheese output (excluding cottage cheese) was 1.26 billion pounds, 1.2 percent above March 2025 and 8.1 percent above February 2026. Nonfat dry milk production, for human food, totaled 175 million pounds, 9.9 percent above March 2025, and 15.4 percent above February 2026. Dry whey production, for human food, was 78.7 million pounds, 3.6 percent above March 2025, and 16.5 percent above February 2026. Ice cream, regular hard production, totaled 62.8 million gallons, 5.1 percent above March 2025, and 10.5 percent above February 2026.

**MARCH AGRICULTURAL PRICES (NASS):** The All-Milk price received by farmers was $19.70 in March, down $2.30 from March 2025. The alfalfa hay price was $166.00 in March, down $2.00 from March 2025. The corn price was $4.27 in March, down $0.30 from March 2025. The soybean price was $11.10 in March, up $0.90 from March 2025. The milk-feed price ratio was 2.25 in March, down 0.21 from March 2025. The index of prices received by farmers during the month of March 2026 was up 1.4 to 131.5 compared to the prior month and down 11.1 points (7.8 percent) from the prior year. The index of prices paid by farmers for commodities and services, interest, taxes, and wage rates in March 2026 was 160.4, up 0.8 from the prior month and up 12.8 points (8.7 percent) from the prior year.

**WEEKLY GROCERY STORE ACTIVITY:** Conventional dairy advertisements are up 3 percent, and organic ads increased 3 percent this week. The most advertised conventional commodity is cheese, despite appearing in 7 percent fewer ads this week. Ads for the most advertised organic commodity, milk, increased 25 percent. Ice cream is the second most advertised commodity in both the conventional and organic aisles.

**DAIRY MARKET NEWS, MAY 4 – 8, 2026**                                                         **VOLUME 93, REPORT 19**

| COMMODITY | MONDAY May 04 | TUESDAY May 05 | WEDNESDAY May 06 | THURSDAY May 07 | FRIDAY May 08 | WEEKLY CHANGE | WEEKLY AVERAGE |
|---|---|---|---|---|---|---|---|
| CHEESE BARRELS | 1.6150 (N.C.) | 1.6150 (N.C.) | 1.6150 (N.C.) | 1.6000 (-0.0150) | 1.6000 (N.C.) | (-0.0150) | 1.6090 (-0.0060) |
| 40 POUND BLOCKS | 1.6325 (-0.0075) | 1.6300 (-0.0025) | 1.6600 (+0.0300) | 1.6300 (-0.0300) | 1.6225 (-0.0075) | (-0.0175) | 1.6350 (-0.0080) |
| NONFAT DRY MILK GRADE A | 2.2625 (N.C.) | 2.2825 (+0.0200) | 2.2925 (+0.0100) | 2.2950 (+0.0025) | 2.2900 (-0.0050) | (+0.0275) | 2.2845 (+0.0255) |
| BUTTER GRADE AA | 1.5550 (-0.0400) | 1.6100 (+0.0550) | 1.6400 (+0.0300) | 1.6300 (-0.0100) | 1.6650 (+0.0350) | (+0.0700) | 1.6200 (-0.0305) |
| DRY WHEY EXTRA GRADE | 0.6950 (-0.0025) | 0.6950 (N.C.) | 0.7000 (+0.0050) | 0.6950 (-0.0050) | 0.7000 (+0.0050) | (+0.0025) | 0.6970 (-0.0055) |

Prices are USD per lb. in carlot quantities. Carlot unit weights: Cheese, 40,000-44,000 lbs.; Nonfat Dry Milk, 41,000-45,000 lbs.; Butter, 40,000-43,000 lbs.; Dry Whey, 41,000-45,000 lbs. Weekly Change is the sum of daily price changes. Weekly Average is the simple average of the daily close prices for the calendar week. Weekly Average Change is the difference between current and previous Weekly Average. Computed by Dairy Market News for informational purposes.

**Five days of trading information can be found at** https://www.cmegroup.com/trading/agricultural/spot-call-data.html

## BUTTER

### EAST

Milk production in the Northeast is seasonally strong, providing plenty of availability for butter churns in the region. Churns are operating at or near capacity seven days a week. Contacts indicate little to no need for spot cream as contractual milk and cream volumes are sufficient. Some facilities that operate as balancing plants are taking some spot milk for butter and powder production. Retail demand is good this week and contacts indicate there is no bulk butter production currently. Export activity is light and inventories are balanced.

All First Sales, F.O.B., Grade AA, Conventional, and Edible Butter
Bulk Basis Pricing - 80% Butterfat $/LB:               -0.0200 – +0.0500

### WEST

Spring milk and cream production is keeping plenty of loads headed to butter manufacturers in the West. Spot cream demand is moderate from butter manufacturers as contractual loads are generally sufficient, and cream prices are not often enticing them to secure spot loads. Butter churns are remaining busy seven days a week. Stakeholders report inventories vary from stable to increasing. 80 and 82 percent butterfat butter loads are available. Domestic demand is steady. Demand from international buyers varies from somewhat lighter to strong. Sellers indicate global disruptions are giving them some logistics challenges and in turn decreasing demand from buyers in some cases.

All First Sales, F.O.B., Grade AA, Conventional, and Edible Butter
Bulk Basis Pricing - 80% Butterfat $/LB:               0.0000 – +0.0600

### CENTRAL

In the Central region, milk output is steady. Contacts report milk components are decreasing week-to-week but remain up from this time last year. Cream production is strong in the region, and Class II and Class III processors continue to pull in heavy volumes, keeping cream inventories snug. Demand for cream is light from butter makers, as they are using available volumes from within their network to keep churns active. Spot loads of butter are available. Domestic demand is unchanged from last week. Export interest is picking up as some stakeholders report an uptick in calls from international purchasers looking for spot loads of butter.

All First Sales, F.O.B., Grade AA, Conventional, and Edible Butter
Bulk Basis Pricing - 80% Butterfat $/LB:               -0.0200 – +0.0400

## CHEESE

### EAST

Seasonally strong milk production is keeping cheese makers busy in the Northeast. Production schedules are busy and contacts indicate demand is growing, particularly for premium brands and cheddar. Retail demand is steady to strong as grocers are increasing inventories to prepare for the upcoming grilling season. Bulk cheese demand is steady to strong as converting operations are taking in increased volumes of cheese. Export sales are strong despite rising transportation costs. Inventories are balanced with current production meeting demand.

### CENTRAL

Milk output is strong. As of report publication, reported prices for Class III spot milk range from $7-under to flat Class, though most contacts say offers are closer to the top of the range. Contacts say spot availability for Class III milk varies somewhat, as some are unable to find volumes, even when offering to pay above Class prices. Meanwhile, other contacts say they are purchasing a few loads from nearby manufacturers at discounted prices. Demand for spot milk is light, though some manufacturers are looking for additional spot volumes this week. Cheesemakers continue to run busy production schedules in the region. Contacts report steady demand for barrels and say spot loads are available. Spot loads of cheese blocks are available, and contacts say interest is picking up. Retail and food service demand is unchanged, but some contacts note an uptick in interest from international purchasers this week.

### WEST

Stakeholders indicate spring milk production peaks are more sustained this year, which is providing plenty of Class III volumes for cheese manufacturers. Spot load demand varies from moderate to stronger from cheesemakers. Production schedules are generally busy seven days a week. Spot loads are available, but some manufacturers anticipate tight inventories for at least some varieties through Q2. Demand from international buyers is somewhat strong, which is helping to keep inventories on par with production. Domestic demand is steady. Stakeholders report retail/food manufacturer sales are more active than food service/restaurant sales.

### FOREIGN

Retail demand for foreign type cheese is steady. Manufacturers report grocery stakeholders are purchasing significant quantities. Grocers note demand for private label brands is substantial. Food service demand for foreign type cheese is stronger as the summer season is nearer. However, costs associated with vacationing are increasing, which could potentially decrease food service sales expectations. Contracted sales from food industry stakeholders are stable. Buyers in Southern Europe are securing loads to prepare for busier seasonal sales. Export demand is steady. European milk production varies from steady to lighter. According to CLAL.it data, January through March 2026 milk production is up compared to the prior year for most European countries. European cheese manufacturing schedules are stable and working through Class III milk volumes. Availability of spot cheese loads is mixed.

### COLD STORAGE

| Date/Change | Butter | Cheese |
|---|---|---|
| 05/04/2026: | 61,930 | 86,943 |
| 05/01/2026: | 61,358 | 86,957 |
| Change: | 572 | (14) |
| % Change: | 1 | 0 |

## FLUID MILK AND CREAM

Prices represent carlot/trucklot quantities for domestic and export sales packaged in 25 kg. or 50 lb. bags, or totes, spray process, dollars per pound.

### EAST

Milk production in the East region is steady. The Northeast is still in spring flush and milk volumes are plentiful. The Southeast is experiencing a slight drop in production, but output meets production demands. Class I demand is steady. Bottlers are maintaining busy production schedules but anticipate a drop in demand when educational institutions begin their summer breaks. Class II demand is strong. Ice cream manufacturers are drawing on spot loads of cream to keep production schedules full. Class III demand is steady to strong. Cream cheese manufacturers are taking spot loads of cream to keep up with demand. Class IV demand remains strong, predominantly from high prices of milk powders. Butter makers are keeping busy schedules, but contracted cream loads are sufficient. Condensed skim demand is steady to strong. Buyers are finding less offers on the spot market. Condensed skim is selling from $0.15 to $0.30 over Class price.

Northeastern U.S., F.O.B. Condensed Skim

| | |
|---|---|
| Price Range - Class II, $/LB Solids: | 1.79 – 1.92 |
| Price Range - Class III, $/LB Solids: | 1.38 – 1.73 |

Northeastern U.S., F.O.B. Cream

| | |
|---|---|
| Price Range - All Classes, $/LB Butterfat: | 1.8981 – 2.3437 |
| Multiples Range - All Classes: | 1.1500 – 1.4200 |
| Price Range - Class II, $/LB Butterfat: | 2.1457 – 2.3437 |
| Multiples Range - Class II: | 1.3000 – 1.4200 |

### WEST

Milk production is steady in California. Handlers indicate spring milk production is maintaining good output volumes. Spot milk loads are available. Stakeholders indicate intakes at balancing plants are manageable. Farm level milk output is steady in Arizona and New Mexico. However, Arizona manufacturers are bringing in spot milk loads. Milk production in the Pacific Northwest is mixed this week. Manufacturers indicate plant managers are receiving contracted milk volumes, but spot milk loads are somewhat tight. Stakeholders convey increases in the weight limit for milk tankers are being considered in Oregon. Farm level milk output in the Mountain States of Idaho, Utah, and Colorado is stable. Colorado handlers note there has been more longevity to peak spring output volumes in the state this year. Milk volumes are meeting manufacturer needs in the Mountain States. Class I demands are steady, Class II and III demands vary from steady to stronger, and Class IV demands vary from steady to lighter throughout the region. Cream loads are available for spot buyers. Demand varies from lighter to steady. Cream multiples decreased this week. No changes in condensed skim milk availability or demand are reported.

Western U.S., F.O.B. Cream

| | |
|---|---|
| Price Range - All Classes, $/LB Butterfat: | 1.7495 – 2.0796 |
| Multiples Range - All Classes: | 1.0600 – 1.2600 |
| Price Range - Class II, $/LB Butterfat: | 1.8651 – 2.0796 |
| Multiples Range - Class II: | 1.1300 – 1.2600 |

### CENTRAL

Farm level milk production is steady in the Central region this week. Contacts say output is up compared to this time last year, but strong demand is keeping volumes from becoming excessive. Class I demand is unchanged and contacts say bottling operations are pulling in milk ahead of summer break for educational institutions in the region. Demand for Classes II and IV is strong, and manufacturers say they are running busy schedules to keep pace with demand that is up from a year ago. Cheesemakers are running busy schedules, but demand for spot loads of Class III milk is somewhat tepid, though some cheesemakers say they were purchasing more spot milk this week. Spot availability varies. Some stakeholders say they were actively searching for spot loads of milk but were unable to find volumes. Meanwhile some purchasers in other parts of the region were, reportedly, offered spot loads from nearby plants at below Class prices, but were unable to take in these loads. Spot prices for Class III milk range from $7-under to flat, though contacts say most volumes are trading near the top end of this range. Milk component levels are declining but contacts say cream production is strong, due to the volume of milk being produced in the region. Spot cream inventories are somewhat snug. Contacts say Class II and III processors are pulling in large volumes of cream, but sales to churns are light. Butter makers are running busy production schedules but continue to use cream from within their network to keep churns active.

| | |
|---|---|
| Price Range - Class III Milk; $/CWT; Spot Basis: | -7.00 – 0.00 |
| Trade Activity: Moderate | |

Midwestern U.S., F.O.B. Cream

| | |
|---|---|
| Price Range - All Classes; $/LB Butterfat: | 1.8981 – 2.2282 |
| Multiples Range - All Classes: | 1.1500 – 1.3500 |
| Price Range - Class II, $/LB Butterfat: | 1.9806 – 2.2282 |
| Multiples Range - Class II: | 1.2000 – 1.3500 |

## NONFAT DRY MILK, BUTTERMILK, & DRY WHOLE MILK

Prices represent carlot/trucklot quantities for domestic and export sales packaged in 25 kg. or 50 lb. bags, or totes, spray process, dollars per pound

### NONFAT DRY MILK - CENTRAL AND EAST

Low/medium heat nonfat dry milk (NDM) prices increased across the range and at the bottom of the mostly price series this week in the Central and East regions. The top of the mostly price series is unchanged. Inventories are tight and it is difficult to find loads throughout the country. Spot trading remains limited, due to tight inventories. Domestic demand is steady and export interest remains light overall, though contacts report strong demand from purchasers in Mexico. Some resale loads of low/medium heat NDM were reported going to Mexico this week at prices up to the $2.40s. Drying operations are running busy schedules, producing low/medium heat NDM. Plant managers say they remain focused on low/medium heat, limiting high heat NDM production. Demand for high heat NDM is steady and spot inventories are tight. Some market participants say they were unable to find any spot loads this week. Prices for high heat NDM increased across the range.

| | |
|---|---|
| Price Range - Low & Medium Heat: | 2.2000 – 2.3600 |
| Mostly Range - Low & Medium Heat: | 2.2500 – 2.3000 |
| | |
| Price Range - High Heat: | 2.3000 – 2.4100 |

### NONFAT DRY MILK - WEST

In the West, bullish price momentum for nonfat dry milk (NDM) continued this week. Low/medium heat NDM prices increased at both ends of the range and mostly price series. Domestic demand is stronger. Demand from international buyers is steady. Production schedules are stable, but spot loads are not abundantly available. High heat NDM prices increased at both ends of the range. Manufacturers report stable or intermittent production of high heat NDM. Demand is steady.

| | |
|---|---|
| Price Range - Low & Medium Heat: | 2.1600 – 2.3500 |
| Mostly Range – Low & Medium Heat: | 2.2200 – 2.3000 |
| | |
| Price Range - High Heat: | 2.3000 – 2.4300 |

### DRY BUTTERMILK - CENTRAL AND EAST

The buttermilk powder (BMP) spot market was active this week. Suppliers were able to produce enough BMP to meet contractual obligations and some additional spot sales. The price range increased at both ends of the range, with the largest increase at the bottom, tightening the range some. Butter churns continue to operate busy schedules, providing plenty of buttermilk for drying. BMP and nonfat dry milk continue to compete for priority in the dryer. Domestic demand is strong and inventories remain very tight.

| | |
|---|---|
| Price Range: | 1.7000 – 1.8600 |

### DRY BUTTERMILK - WEST

In the West, dry buttermilk prices are unchanged for week 19. Domestic demand is somewhat stronger. Although partial loads are not included in the range or mostly price series, reports of partial load transactions increased and prices conveyed are similar. Export demand is steady. Cream continues to be churned seven days a week, providing plenty of liquid buttermilk. Dry buttermilk production schedules are steady. However, some manufacturers' production paces are behind contractual sales with nonfat dry milk demands factoring into the snapshot.

| | |
|---|---|
| Price Range: | 1.6500 – 1.8500 |
| Mostly Range: | 1.7000 – 1.8000 |

### DRY WHOLE MILK

Dry whole milk prices moved higher across the entire price range this week. Values continue to hold above year-ago levels, supported in part by continued record-high nonfat dry milk markets. Contacts report some spot loads are available from resellers at prices below the bottom of the reported range, creating a wider-than-normal spread in the market. Milk production is steady, particularly in the Central and Eastern regions. Overall, the market tone is firm.

| | |
|---|---|
| Price Range – 26% Butterfat: | 2.3500 – 2.7800 |

## WHEY, WPC 34%, LACTOSE, & CASEIN

Prices represent carlot/trucklot quantities for domestic and export sales packaged in 25 kg. or 50 lb. bags, or totes, spray process, dollars per pound.

### DRY WHEY– CENTRAL

The top of the price range for dry whey is unchanged in the Central region this week. Prices decreased at the bottom of the range and across the mostly price series. Inventories and demand for dry whey vary by manufacturer. Contacts say some manufacturers have very limited or no spot availability. Demand for these brands is steady and is outpacing production. Spot purchasers interested in these loads are paying prices near the top of the range, and some are purchasing resale loads at higher prices. Manufacturers of dry whey with spot inventories available say their production is outpacing demand, and inventories are growing. Demand for these loads are lighter and spot prices trend towards the bottom of the range. Contacts say export dry whey demand is strengthening somewhat, but some international purchasers are only interested in loads from manufacturers with tighter inventories. Production is steady to stronger, though some plant managers say their dry whey output remains light as drying schedules are focused on higher whey protein concentrates. Animal feed whey prices are unchanged this week, and inventories remain very tight. A slight uptick in prices for alternative dairy feed products have contributed to increased interest in animal feed whey. However, stakeholders say animal feed whey inventories are tight, and they are often unable to meet this demand.

| | |
|---|---|
| Price Range - Animal Feed: | 0.3500 – 0.3700 |
| Price Range – Non-Hygroscopic: | 0.5800 – 0.7200 |
| Mostly Range – Non-Hygroscopic: | 0.6000 – 0.6800 |

### DRY WHEY– EAST

The dry whey price in the East region dropped one cent at the top of the range this week and held steady at the bottom. Most spot sales in the area are based on the National Dairy Products Sales Report (NDPSR). The NDPSR is showing only minor adjustments over the past few weeks, keeping spot prices stable. Contacts indicate steady production schedules are keeping plenty of dry whey available for contracted and spot loads. Inventories are balanced with very little excess production. Export demand is steady.

| | |
|---|---|
| Price Range – Non-Hygroscopic: | 0.6000 – 0.7000 |

### DRY WHEY– WEST

In the West, dry whey prices moved 1 to 2 cents lower at both ends of the range and mostly price series. Demand from domestic and international buyers is steady. Spot load availability varies with brand. Some manufacturers have very tight inventories for buyers looking to pick up spot loads. Stakeholders indicate contractual obligations are generally being met. Production of whey protein concentrates and isolates continues to be more of a priority than sweet whey for many manufacturers.

| | |
|---|---|
| Price Range – Non-Hygroscopic: | 0.6500 – 0.8000 |
| Mostly Range – Non-Hygroscopic: | 0.6900 – 0.7500 |

### WHEY PROTEIN CONCENTRATE

Whey protein concentrate (WPC) 34% prices continue to firm, as the bottom of the price range and mostly range strengthened, while the tops remain steady. Domestic and international demand, especially from Asia, remains strong. Inventories are tight, with some suppliers sold out into late summer. Availability continues to decline as more processors shift production toward WPC 80% for stronger margins, and some plants report unscheduled downtime. Spot loads remain difficult to secure, and production is light. WPC 80% and whey protein isolate (WPI) markets are also tight. Earlier product reformulations toward WPC 80% contributed to its comparatively tighter availability and helped narrow the price spread between WPC 80% and WPI. WPC 80% is reported in the mid $10s to mid $11s, with instant product in the low $11s to $12s. WPI ranges from the $12s to $13s. Some contacts say WPC 80% loads could move at WPI prices. While WPI inventories are also tight, purchasers note they are still easier to source than WPC 80%. Given strong demand, limited inventories, and ongoing production constraints for WPC 34%, the overall market tone is firm.

| | |
|---|---|
| Price Range - 34% Protein: | 1.6400 – 2.0500 |
| Mostly Range - 34% Protein: | 1.6500 – 1.7500 |

### LACTOSE

Lactose prices softened at the bottom of the price range, while the remainder of the price series was unchanged. Demand remains strong in both domestic and export markets, with continued strength from Asia. Inventories are tight across all mesh sizes, and manufacturers report little to no spot availability. Some contacts report being sold out into late summer. Other contacts note that if they had spot loads of 100-mesh available, it could be moved at $0.60 or higher. Most activity continues under existing contracts, though interest in Q3 is increasing, with expectations of mostly steady pricing. The market tone is firm, supported by limited supply and strong buying interest.

| | |
|---|---|
| Price Range - Non Pharmaceutical: | 0.4400 – 0.6800 |
| Mostly Range - Non Pharmaceutical: | 0.5300 – 0.6100 |

### CASEIN

Prices for acid casein increased at the top of the range this week and are unchanged at the bottom. In Oceania, contacts say spot demand is steady, and contract demand remains strong. Spot loads of acid casein are available to meet current market demands. Plant managers say they are running steady production schedules, but most of their production is focused on meeting contractual obligations.

Rennet casein prices are unchanged across the range this week. Contacts in Europe report strong demand for rennet casein within the region. Interest from purchasers in other regions is steady. Spot inventories are somewhat snug, but purchasers say loads are available if they search for them. In Europe, plant managers say milk output is strong, and they continue to run busy acid casein production schedules.

| | |
|---|---|
| Acid Casein Price Range: | 3.9000 – 4.6000 |
| Rennet Casein Price Range: | 3.6500 – 4.2500 |

**DAIRY MARKET NEWS, MAY 4 – 8, 2026**  VOLUME 93, REPORT 19

### U.S. Dairy Cow Slaughter (1000 head) under Federal Inspection

| WEEK ENDING | 2026 WEEKLY DAIRY COWS | 2026 CUMULATIVE DAIRY COWS | 2025 WEEKLY DAIRY COWS | 2025 CUMULATIVE DAIRY COWS |
|---|---|---|---|---|
| 4/25/2026 | 48.0 | 934.3 | 47.1 | 882.2 |

**WEBSITE:** http://www.ams.usda.gov/mnreports/ams_3658.pdf
**SOURCE:** The slaughter data are gathered and tabulated in a cooperative effort by the Agricultural Marketing Service, the Food Safety and Inspection Service, and the National Agricultural Statistics Service, all of USDA

### FEDERAL MILK ORDER CLASS III MILK PRICES (3.5% Butterfat)

| YEAR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 16.04 | 15.75 | 16.15 | 17.67 | 18.96 | 17.21 | 16.49 | 15.95 | 16.53 | 17.83 | 18.03 | 18.36 |
| 2022 | 20.38 | 20.91 | 22.45 | 24.42 | 25.21 | 24.33 | 22.52 | 20.10 | 19.82 | 21.81 | 21.01 | 20.50 |
| 2023 | 19.43 | 17.78 | 18.10 | 18.52 | 16.11 | 14.91 | 13.77 | 17.19 | 18.39 | 16.84 | 17.15 | 16.04 |
| 2024 | 15.17 | 16.08 | 16.34 | 15.50 | 18.55 | 19.87 | 19.79 | 20.66 | 23.34 | 22.85 | 19.95 | 18.62 |
| 2025 | 20.34 | 20.18 | 18.62 | 17.48 | 18.57 | 18.82 | 17.32 | 17.24 | 17.59 | 16.91 | 17.18 | 15.86 |

### FEDERAL MILK ORDER CLASS IV MILK PRICES (3.5% Butterfat)

| YEAR | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 13.75 | 13.19 | 14.18 | 15.42 | 16.16 | 16.35 | 16.00 | 15.92 | 16.36 | 17.04 | 18.79 | 19.88 |
| 2022 | 23.09 | 24.00 | 24.82 | 25.31 | 24.99 | 25.83 | 25.79 | 24.81 | 24.63 | 24.96 | 23.30 | 22.12 |
| 2023 | 20.01 | 18.86 | 18.38 | 17.95 | 18.10 | 18.26 | 18.26 | 18.91 | 19.09 | 21.49 | 20.87 | 19.23 |
| 2024 | 19.39 | 19.85 | 20.09 | 20.11 | 20.50 | 21.08 | 21.31 | 21.58 | 22.29 | 20.90 | 21.12 | 20.74 |
| 2025 | 20.73 | 19.90 | 18.21 | 17.92 | 18.13 | 18.30 | 18.89 | 18.50 | 16.17 | 14.30 | 13.89 | 13.64 |

### FEDERAL MILK ORDER CLASS PRICES FOR 2026 (3.5% Butterfat)

| CLASS | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I (BASE) | 16.35 | 14.70 | 15.47 | 18.66 | 20.15 | | | | | | | |
| II | 13.92 | 15.34 | 17.34 | 18.82 | | | | | | | | |
| III | 14.59 | 14.94 | 16.16 | 16.82 | | | | | | | | |
| IV | 13.55 | 16.29 | 18.94 | 20.22 | | | | | | | | |

**Further information may be found at:** https://www.ams.usda.gov/rules-regulations/mmr/dmr

### NATIONAL DAIRY PRODUCTS SALES REPORT
U.S. AVERAGES AND TOTAL POUNDS

| WEEK ENDING | BUTTER | CHEESE – 40 LB BLOCKS | DRY WHEY | NDM |
|---|---|---|---|---|
| 5/2/2026 | 1.7152 | 1.6452 | 0.6353 | 2.0222 |
| | 3,875,503 | 9,891,894 | 9,513,147 | 15,254,657 |

**Further data and revisions may be found on the internet at:** http://www.ams.usda.gov/rules-regulations/mmr/dmr

### CME GROUP, INC FUTURES
Selected closing prices

**CLASS III MILK FUTURES (Pit-Traded) ($/cwt)**

| DATE | 5/1 | 5/4 | 5/5 | 5/6 | 5/7 |
|---|---|---|---|---|---|
| MAY 26 | 17.08 | 16.94 | 17.01 | 17.14 | 17.05 |
| JUN 26 | 17.32 | 17.21 | 17.29 | 17.57 | 17.47 |
| JUL 26 | 18.00 | 17.81 | 17.89 | 18.18 | 18.14 |

**CLASS IV MILK FUTURES (Pit-Traded) ($/cwt)**

| DATE | 5/1 | 5/4 | 5/5 | 5/6 | 5/7 |
|---|---|---|---|---|---|
| MAY 26 | 21.91 | 21.86 | 21.90 | 22.02 | 22.43 |
| JUN 26 | 21.20 | 21.22 | 21.74 | 22.22 | 22.50 |
| JUL 26 | 20.64 | 20.54 | 20.89 | 21.23 | 21.42 |

**CASH SETTLED BUTTER FUTURES (Electronic-Traded) (¢/lb)**

| DATE | 5/1 | 5/4 | 5/5 | 5/6 | 5/7 |
|---|---|---|---|---|---|
| MAY 26 | 167.000 | 166.975 | 165.000 | 165.000 | 165.225 |
| JUN 26 | 163.000 | 158.625 | 160.000 | 165.500 | 163.500 |
| JUL 26 | 166.000 | 160.000 | 161.000 | 167.625 | 166.000 |

**NONFAT DRY MILK FUTURES (Pit-Traded) (¢/lb)**

| DATE | 5/1 | 5/4 | 5/5 | 5/6 | 5/7 |
|---|---|---|---|---|---|
| MAY 26 | 201.500 | 202.500 | 203.800 | 204.000 | 208.500 |
| JUN 26 | 196.500 | 198.975 | 202.975 | 207.000 | 210.000 |
| JUL 26 | 188.500 | 189.725 | 193.725 | 196.500 | 198.000 |

**DRY WHEY FUTURES (Electronic-Traded) (¢/lb)**

| DATE | 5/1 | 5/4 | 5/5 | 5/6 | 5/7 |
|---|---|---|---|---|---|
| MAY 26 | 66.050 | 65.425 | 65.100 | 65.250 | 64.250 |
| JUN 26 | 66.975 | 66.300 | 66.050 | 66.925 | 66.250 |
| JUL 26 | 69.500 | 68.000 | 67.675 | 69.100 | 68.400 |

**CASH-SETTLED CHEESE FUTURES (Electronic-Traded) ($/lb)**

| DATE | 5/1 | 5/4 | 5/5 | 5/6 | 5/7 |
|---|---|---|---|---|---|
| MAY 26 | 1.661 | 1.652 | 1.659 | 1.669 | 1.667 |
| JUN 26 | 1.680 | 1.670 | 1.680 | 1.705 | 1.699 |
| JUL 26 | 1.736 | 1.720 | 1.724 | 1.752 | 1.749 |

**Further information may be found at:** https://www.cmegroup.com/markets/agriculture/dairy.html

## INTERNATIONAL DAIRY MARKET NEWS – EUROPE

Information gathered April 27 – May 08, 2026

Prices are U.S. $/MT, F.O.B. port. Information gathered for this report is from trades, offers to sell, and secondary data. This bi-weekly report may not always contain the same products and/or regions. Future reports may be included or withdrawn depending on availability of information. MT = metric ton = 2,204.6 pounds.

## EUROPE OVERVIEW

**WESTERN EUROPE:** A major UK dairy cooperative increased its conventional milk price for May as global dairy markets showed signs of stabilizing, while several other processors maintained unchanged pay prices amid ongoing uncertainty. Expanding milk supplies and balanced commodity markets supported the increase, though processors continue to monitor volatile demand conditions and geopolitical risks affecting the broader dairy outlook.

Germany's recent livestock growth is driven by three key factors: improved herd retention, rising number of young replacement animals, and operational adjustments tied to changing market conditions. The increase does not necessarily reflect stronger profitability, but rather shifting production strategies and herd management decisions as producers respond to evolving economic pressures and supply needs.

**EASTERN EUROPE:** Russia exported approximately $12.5 million in dairy products to Belarus during the first quarter of 2026, with cheese, fermented dairy products, and milk powders accounting for much of the trade flow. The increase highlights continued integration within regional dairy markets, even as rising cheese inventories and expanding production volumes add pressure to broader market conditions.

Ukraine's dairy sector continues to face mounting pressure from the combined impact of war-related disruptions and rising energy costs, which are increasing expenses for fuel, fertilizers, logistics, and farm operations. While industrial milk production has remained relatively resilient, lower farmgate prices and higher input costs are tightening margins and slowing production growth, particularly in regions affected by infrastructure damage, labor shortages, and ongoing security risks.

## BUTTER/BUTTEROIL

Butter prices moved lower at both ends of the range this week as elevated inventories and heavy milk volumes continued to pressure values. Strong spring flush conditions have kept cream availability ample, contributing to softer butter market conditions across the region. Buyers remained cautious, with purchasing activity focused on short-term requirements and steady trade flows.

Butteroil prices held at the bottom of the range while the top edged lower this week. Ample availability and measured demand limited upward movement. Market tone remains soft, with butter facing continued pressure while butteroil shows mixed pricing signals.

West Europe Butter, 82% Butterfat
Price Range: 4,400 – 4,850

West Europe Butteroil, 99% Butterfat
Price Range: 6,250 – 6,575

## SKIM MILK POWDER

Skim milk powder moved higher at both ends of the range this week as strong buyer interest and active market participation supported values. Increased milk availability during the spring flush continues to support steady production and comfortable supplies, while demand has remained strong enough to lift pricing across the range. Trading activity picked up during the reporting period as purchasers showed firmer interest in securing volumes. Inventories remain sufficient for current demand, and processing schedules continue at active levels. Market tone remains firm, with buyers continuing to support current price levels.

Europe Skim Milk Powder, 1.25% Butterfat
Price Range: 3,275 – 3,600

## WHEY

Dry whey prices moved higher at both ends of the range this week as active drying schedules and stronger buyer interest continued to support values. Heavy milk volumes during the spring flush are keeping whey availability steady, while consistent demand has helped maintain upward price movement. Buyers remained engaged, with purchasing activity centered on regular coverage needs. Supplies remain adequate for current demand, and production continues at active levels. Market tone holds firm, with strengthening prices reflected across the range.

West Europe Dry Whey, Non-Hygroscopic
Price Range: 1,700 – 2,100

## WHOLE MILK POWDER

Whole milk powder prices eased at the bottom of the range while the top held steady this week. Buyers remained measured in their purchasing activity as trading stayed disciplined during the reporting period. Production schedules continue at consistent levels. Market tone is balanced, with steady demand helping support prices at the upper end of the range.

Europe Whole Milk Powder, 26% Butterfat
Price Range: 3,775 – 4,075

## INTERNATIONAL DAIRY MARKET NEWS – OCEANIA
Information gathered April 27 – May 08, 2026
Prices are U.S. $/MT, F.O.B. port. Information gathered for this report is from trades, offers to sell, and secondary data. This bi-weekly report may not always contain the same products and/or regions. Future reports may be included or withdrawn depending on availability of information. MT = metric ton = 2,204.6 pounds.

### OCEANIA OVERVIEW

**AUSTRALIA:** Milk production data from Australia for March 2026 was recently released by Dairy Australia. Data shows total March 2026 milk production was 612.3 million liters, up 16.4 million liters (2.8 percent) year over year. Milk production in Victoria, Australia's largest milk producing state, was up 2.7 percent year over year. Production increased year over year in New South Wales (up 5.2 percent), Queensland (up 5.8 percent), and Tasmania (up 4.6 percent). March production decreased year over year in South Australia (down 4.5 percent) and in Western Australia (down 1.0 percent). Through March 2026, Australia's milk production in the 2025/2026 season totaled 6,492.6 million liters, down 42.9 million liters (0.7 percent) compared to the same time frame in the 2024/2025 season.

Although global milk supplies remain solid, persistent market variables continue to create uncertainty. Rising costs for fuel, fertilizer, and feed ingredients are compounding logistics and moving food production expenses higher. Global urea prices are reportedly up 110 percent year to date due to limited availability. Additionally, the Baltic Dry Index, which tracks the cost of shipping major raw materials by sea, has climbed 94 percent compared with a year ago.

**NEW ZEALAND:** In March, New Zealand's dairy exports rose in both volume and value compared with the same month last year. Export volumes totaled 386,616 metric tons, up 16.4 percent from a year earlier. In terms of value, dairy exports for the month reached 1.53 billion US dollars, a 6.7 percent increase year over year. On a year to date basis, export volumes are now 3.2 percent higher, following a slight downward revision to February's figures.

Following Global Dairy Trade (GDT) Event 403, a group in New Zealand that forecasts milk prices held their milk price forecast at $9.73 per kilogram milk solids (kgMS). The spot value of milk increased to $10.22/kgMS from $10.01/kgMS. Prices were mixed for all commodities at GDT Event 403, as butter and cheddar weakened, but all other products strengthened.

The 2026/2027 season milk price forecast has been revised up from $9.62/kgMS to $9.98/kgMS. This update reflects a NZD-USD exchange rate assumption of 0.58532 and a forecast range of $9.66/kgMS to $10.62/kgMS. The September 2026/2027 Milk Price Futures contract last settled at $9.74/kgMS. ($24.2 billion). The top three export destinations were China (25 percent), the United States (12 percent), and Australia (13 percent).

### CHEESE

Cheddar cheese prices decreased at the lower end of the price range, while the upper end was steady this reporting period. Processor prices edged slightly higher than the previous month but remain lower than the same period last year. Cheese exports are down 14 percent from a year ago. Increased shipments to Central America and Europe were more than offset by reduced volumes sent to China.

Cheddar prices declined across all offered contract periods at Global Dairy Trade (GDT) Event 403. July saw the sharpest drop at 5.9 percent, while price indices for June, August, and October fell between 0.7 and 4.3 percent. No product was offered for September or November delivery. Total volume sold was higher than at Event 402 and similar to year ago levels. June and July together accounted for 56 percent of all cheddar sales. Southeast Asia/Oceania was the leading buyer, followed by North Asia and Africa.

Oceania, Cheese, Cheddar, 39% Maximum Moisture
Price Range:       4,550 – 4,900

### BUTTER

Butter prices in Oceania moved lower across the entire price range this reporting period. Processor prices are down from both last month and last year. The futures curve eased across all contracts except October, which edged up by 0.8 percent. March butter exports rose 9 percent from a year earlier and are up 7 percent year-to-date. Increased shipments to North America, Asia (excluding China), and Europe were slightly offset by reduced volumes going to China. A major New Zealand dairy cooperative also reported that its projected total butter offering for the next 12 months remains unchanged.

Butter prices at Global Dairy Trade (GDT) Event 403 declined noticeably, as all contract periods posted negative movements, led by a 7.7 percent drop for September. Price indices for June, July, and August were also weaker, each down between 1.9 and 2.5 percent. No butter was offered for October or November delivery. July accounted for 66 percent of all butter sold. Total butter volume sold was lower than both Event 402 and year-ago levels. North Asia was the leading buyer, with Europe and Southeast Asia/Oceania following. In total, North Asia purchased 51 percent of product offered.

The continued decline in butter prices reflects abundant global supply and increased competition, particularly from US CME butter, which remains priced below other international offerings. European values have stayed relatively steady, supported by strong seasonal milk output and consistent cream availability. These factors continue to apply downward pressure on the butter market.

Oceania Butter, 82% Butterfat
Price Range:                                   5,650 – 6,250

### SKIM MILK POWDER

Oceania skim milk powder (SMP) prices moved higher at both ends of the price range this reporting period. Processor prices continued their upward trend compared with both last month and last year, and Oceania SMP maintained its premium over European product. SMP futures strengthened across all contracts, with October seeing the largest increase, up 6.5 percent. New Zealand's SMP exports climbed 27 percent in March year over year but remain down 4 percent year to date. A 48 percent drop in shipments to the Middle East was outweighed by a 54 percent surge in exports to Asia excluding China.

**CONTINUED ON PAGE 8B**

## CONTINUED FROM PAGE 8A

A major New Zealand dairy cooperative raised and rephased its 12 month SMP offering, adding 2,185 metric tons (MT) for a new total of 125,571 MT. Additional volume was shifted to Q3 2026, reducing availability later in the season.

Tight inventories continue to push SMP demand ahead of supply, narrowing the price spread with whole milk powder (WMP). Global Dairy Trade (GDT) Event 403 saw July contract regular grade WMP settle just US$80/ton above July contract medium heat SMP.

SMP price indices at GDT Event 403 increased across all offered contract periods. June advanced 4.2 percent, while July, August, and September contracts each moved 2.7 percent to 3.1 percent higher. No product was offered for October or November delivery. July accounted for 58 percent of all SMP sold. Total SMP volume sold was lower than both Event 402 and year earlier levels. Southeast Asia/Oceania led SMP purchasing, followed by Europe and North Asia. North Asia accounted for 18 percent of total volume, down from both the previous event and last year. Southeast Asia/Oceania purchased 56 percent of the SMP offered, while the Middle East took 3 percent.

Oceania Skim Milk Powder, 1.25% Butterfat
Price Range:                                              3,500 – 3,675

## WHOLE MILK POWDER

Oceania whole milk powder (WMP) prices advanced at both ends of the price range this reporting period. However, processor prices fell compared to both the previous month and the same period last year. WMP futures held steady for May but weakened across remaining contracts.

New Zealand's WMP exports rose sharply in March, up 32 percent from a year earlier and 10 percent year to date. Shipments to China and North Africa jumped 102 percent and 180 percent, respectively, partially offset by a 24 percent decline to Central America. Exports to the Middle East were down 27 percent through March but remain 9 percent higher year to date.

A major New Zealand dairy cooperative increased and rephased its WMP offerings to better align with seasonal milk supply and production expectations. The 12 month WMP forecast was raised by 2,000 metric tons (MT) to 356,755 MT, with additional volume added to Q3 2026 and reduced later in the season.

WMP prices at Global Dairy Trade (GDT) Event 403 increased across all offered contract periods. August moved 1.5 percent higher, while June, July, and September each advanced between 0.6 percent to 2.0 percent. No product was offered for October or November. July and September accounted for 69 percent of sales. Sales volumes were considerably lower than both Event 402 and year earlier levels. Southeast Asia/Oceania was the leading WMP buyer at Event 403, followed by North Asia and South/Central America. North Asia purchased 35 percent of available WMP, down from 41 percent at the prior event and 38 percent a year ago. The Middle East accounted for 9 percent of total WMP volume.

Oceania Whole Milk Powder, 26% Butterfat
Price Range:                                              3,650 – 3,750

**Secondary Sourced Information**:

During GDT Event 403 on May 5, 2026, the overall GDT price index increased 1.5 percent from the prior event. The average winning price across all products and contract periods was $4,127 per metric ton (MT). Results for individual commodities include:

- SMP: The average price across all contract periods increased to $3,547/MT, a 3.0 percent increase from the prior event. The June contract averaged $3,578 per metric ton, up 4.2 percent.
- WMP: The average price across all contract periods climbed to $3,741/MT, a 2.2 percent increase from the previous event. The June contract averaged $3,738 per metric ton, increasing 1.9 percent.
- Cheddar Cheese: The average price across all contract periods decreased to $4,611/MT, a 3.6 percent decline from the previous event. The June contract averaged $4,655 per metric ton, with its index dropping 2.1 percent.
- Butter: The average price across all contract periods fell 2.6 percent from the previous event to $5,525/MT. The June contract declined 2.5 percent to an average of $5,358 per metric ton.

Recently released export data from New Zealand for March 2026 included the following information:

- Butter: Export volumes were 28,241 MT, an increase of 8.7 percent from the year prior and from January-March 2026 were 82,625 MT, up 0.9 percent from the same time frame a year ago.
- Cheese: Export volumes were 34,481 MT, a decrease of 14.2 percent from the year prior and from January-March 2026 were 111,632 MT, down 4.3 percent from the same time frame a year ago.
- SMP: Export volumes were 50,342 MT, an increase of 26 percent from the year prior and from January-March 2026 were 137,194 MT, down 4.2 percent from the same time frame a year ago.
- WMP: Export volumes were 162,140 MT, an increase of 32 percent from the year prior and from January-March 2026 were 435,855 MT, up 9.6 percent from the same time frame a year ago.

## INTERNATIONAL DAIRY MARKET NEWS – SOUTH AMERICA

Information gathered April 27 – May 08, 2026

Prices are U.S. $/MT, F.O.B. port. Information gathered for this report is from trades, offers to sell, and secondary data. This bi-weekly report may not always contain the same products and/or regions. Future reports may be included or withdrawn depending on availability of information. MT = metric ton = 2,204.6 pounds.

### SOUTH AMERICA OVERVIEW

Milk production in South America varies from steady to stronger. Input costs such as energy or fertilizers are increasing, which could push back against milk production growth. Dairy farmer margins are generally decreasing in South America. According to the most recent 2026 milk production data from CLAL.it for Argentina and Uruguay, milk production is up compared to the prior year, but milk prices are heading in the opposite direction. Stakeholders note milk prices increased during Q1 for Brazil and Chile. Industry sources indicate the number of dairy cows in Argentina is increasing, while the total figure for Uruguay is decreasing. In Uruguay, more cows were slaughtered in the first quarter of 2026 than the same quarter of last year.

Milk powder production is strong as seasonal milk production is sending plenty of loads to processing facilities. Domestic demand in South America is steady. However, stakeholders indicate inflation could push back on demand from domestic buyers. Interest from buyers outside of South America is increasing as global disruptions continue to take place. Industry sources indicate potential policy decisions, such as Brazilian legislation to prohibit the reconstitution of milk powder, could lighten demand in some cases. No changes in cheese production and demand are reported.

### SKIM MILK POWDER

Skim milk powder (SMP) prices edged slightly higher at the top and remained the same at the bottom of the range this reporting period. Globally, milk powder demand remains strong and South American exporters are actively pursuing contracts in Northern Africa and within South America itself. According CLAL.it data, SMP production is down year over year in Argentina, while export volumes continue to increase. Brazil is the largest importer of Argentinian SMP and Brazilian total imports of SMP are up 11.24 percent year over year. Uruguay is seeing a year over year decrease in SMP exports. Overall production is steady for this time of year and demand is steady to strong.

South America Skim Milk Powder, 1.25% Butterfat
Price Range:                                               3,400 – 3,850

### WHOLE MILK POWDER

The price range for whole milk powder (WMP) increased at the bottom and remained the same at the top this reporting period. Demand for milk powders is increasing globally, tightening prices. Data from March 2026 indicates production of WMP is up in Argentina and Brazil compared to year ago levels. According CLAL.it data, Argentina's exports are up 48.2 percent compared to the same period last year. Uruguay's WMP exports are down compared to last year, coming in at 1.85 percent lower. Demand for WMP is steady to strong but spot loads are available.

South America Whole Milk Powder, 26% Butterfat
Price Range:                                               3,600 – 4,500

### Exchange rates for selected foreign currencies:
### May 4, 2026

| | |
|---|---|
| 0.0007 Argentina peso | 0.0105 India rupee |
| 0.7168 Australia dollar | 0.0064 Japan yen |
| 0.2006 Brazil real | 0.0571 Mexico peso |
| 0.7339 Canada dollar | 0.5874 New Zealand dollar |
| 0.0011 Chile peso | 0.2746 Poland zloty |
| 1.1693 Euro | 0.0248 Uruguay peso |

Conversion example: To compare the value of 1 US dollar to Mexico pesos: (1/0.0562) = 17.794 Mexico pesos. Source: *Wall Street Journal*