# Exhibit 8

| | |
|---|---|
| **From:** | Kevin OShea <koshea@oshealawllc.com> |
| **Sent:** | Wednesday, April 22, 2026 4:02 PM |
| **To:** | Hollstrom, Zach |
| **Cc:** | Chickos, Aaron; Herrmann, Christine |
| **Subject:** | RE: SI03 v. Marron Foods - Discovery |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

[EXTERNAL EMAIL]

Thanks, Zach.  I accept service on behalf of Creative Compounds via your email.

Kevin.

Kevin J. O'Shea
Principal
OShea Law LLC
1744 Ridge Road
Jackson, MO  63755
Office:  (573) 388-2296
Cell:  (312) 282-3484

**From:** Hollstrom, Zach <Zach.Hollstrom@huschblackwell.com>
**Sent:** Wednesday, April 22, 2026 4:00 PM
**To:** Kevin OShea <koshea@oshealawllc.com>
**Cc:** Chickos, Aaron <Aaron.Chickos@huschblackwell.com>; Herrmann, Christine <Christine.Herrmann@huschblackwell.com>
**Subject:** RE: SI03 v. Marron Foods - Discovery

Kevin,

Attached is a version of the subpoena to Creative Compounds which includes the Protective Order.  Please confirm whether you are able to accept service on behalf of Creative Compounds electronically via this email.

The subpoena Saputo receives will also include the Protective Order.

Thanks,
Zach

**Zach Hollstrom**
**Attorney**
Direct: 314-345-6287
Zach.Hollstrom@huschblackwell.com

**From:** Kevin OShea <koshea@oshealawllc.com>
**Sent:** Wednesday, April 22, 2026 10:05 AM
**To:** Hollstrom, Zach <Zach.Hollstrom@huschblackwell.com>

1

EXHIBIT

8

**Cc:** Chickos, Aaron <Aaron.Chickos@huschblackwell.com>; Herrmann, Christine <Christine.Herrmann@huschblackwell.com>
**Subject:** RE: SI03 v. Marron Foods - Discovery

[EXTERNAL EMAIL]

Zach,

Please make sure that you include the Protective Order when you serve Saputo.  You didn't include it with the subpoena to Creative Compounds but, obviously, I have it.  So we will overlook that failure with respect to Creative Compounds.

Kevin.

Kevin J. O'Shea
Principal
OShea Law LLC
1744 Ridge Road
Jackson, MO  63755
Office:  (573) 388-2296
Cell:  (312) 282-3484

**From:** Hollstrom, Zach <Zach.Hollstrom@huschblackwell.com>
**Sent:** Tuesday, April 21, 2026 9:15 PM
**To:** Kevin OShea <koshea@oshealawllc.com>
**Cc:** Chickos, Aaron <Aaron.Chickos@huschblackwell.com>; Herrmann, Christine <Christine.Herrmann@huschblackwell.com>
**Subject:** SI03 v. Marron Foods - Discovery

Kevin,

Attached, please find (1) a discovery letter directed to SI03 and (2) Marron Foods' second set of requests for production directed to SI03.

Additionally, please find attached Notices for SI03 of third-party subpoenas we intend to serve, with the accompanying subpoena documents.

Thanks,
Zach

**Zach Hollstrom**
**Attorney**

**HUSCH BLACKWELL**

8001 Forsyth Boulevard
Suite 1500
St. Louis, MO 63105-1706

Direct: 314-345-6287
Fax: 314-480-1505
Zach.Hollstrom@huschblackwell.com
huschblackwell.com

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service. Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon to our clients' most complex challenges.**