UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| SI03, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-00103-SNLJ |
| | ) | |
| THE MBP COMPANY, LLC | ) | |
| d/b/a Marron Foods, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on a Motion to Withdraw as Counsel and for Stay filed by plaintiff's counsel on May 1, 2026.  [Doc. 37].  According to the motion, plaintiff SI03, Inc. has terminated counsel's representation in this matter.  Counsel requests a 90-day stay of all proceedings to allow the plaintiff to retain substitute counsel.  [Doc. 37].  Defendant objects and suggests that 30 days is sufficient for the plaintiff to retain substitute counsel.  [Doc. 38].  Defendant also objects to the request for a stay of the proceedings.  [Docs. 38, 39].

Because the law does not permit a corporate defendant to proceed *pro se*, the Court generally will not allow an attorney to withdraw if no other attorney has entered an appearance.  *Nelson v. Acorn Stair & Woodwork, Inc.*, 4:15-CV-1200 CAS, 2017 WL 4176435, at *3 (E.D. Mo. Sept. 21, 2017).  As a result, the Court will hold the motion to withdraw in abeyance and order the plaintiff to retain substitute counsel.  The Court finds that 60 days from the filing of the motion for the plaintiff to retain substitute counsel is more than sufficient.  The request to stay the proceedings will be denied, with the

exception that the Court has vacated the Order referring this matter to ADR, *see* [Doc. 41].

Counsel shall provide a copy of this Order to the plaintiff and file a notice of service with the Court. Plaintiff is warned that failing to retain substitute counsel as ordered by this Court may result in sanctions, including the dismissal of this matter for failure to obey a court order.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to withdraw as counsel is **HELD IN ABEYANCE**.

**IT IS FURTHER ORDERED** that plaintiff **SHALL RETAIN SUBSTITUTE COUNSEL AND COUNSEL SHALL ENTER AN APPEARANCE by June 30, 2026**.

**IT IS FURTHER ORDERED** that the request for a stay is **DENIED**.

**IT IS FINALLY ORDERED** that plaintiff's counsel shall provide a copy of this Order to the plaintiff and file a notice of service with the Court.

**SO ORDERED** this 1st day of June, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2