**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SI03, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No:  1:25-cv-00103-SNLJ |
| v. | ) | |
| | ) | Jury Trial Demanded |
| THE MBP COMPANY, LLC | ) | |
| d/b/a MARRON FOODS, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE OF ORDER**
**ON MOTION TO WITHDRAW AND FOR STAY (DOC NO. 42)**

Plaintiff's counsel, OShea Law LLC, hereby certifies that the Court's Order on Counsel's Motion to Withdraw and for Stay, (Doc No. 42), was served on Plaintiff on June 1, 2026, via email to Plaintiff's President.

Dated:  June 1, 2026

Respectfully submitted,

/s/Kevin J. O'Shea
Kevin J. O'Shea #70436MO
OShea Law LLC
1744 Ridge Road
Jackson, MO  63755
Phone:  (573) 388-2296
Email:  koshea@oshealawllc.com

Counsel for Plaintiff SI03, Inc.

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of June, 2026, the foregoing was electronically filed with the Clerk of the Court and served by operation of the Court's electronic filing system upon all counsel of record.

*/s/* Kevin J. O'Shea