UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| SI03, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-00103-SNLJ |
| | ) | |
| THE MBP COMPANY, LLC | ) | |
| d/b/a Marron Foods, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on a second motion to withdraw filed by plaintiff's counsel, Kevin J. O'Shea and O'Shea Law LLC [Doc. 46].  Counsel's previously filed motion to withdraw [Doc. 37] was held in abeyance to allow plaintiff to retain substitute counsel [Doc. 42].  Based on counsel's representations in the second motion to withdraw [Doc. 46], the Court finds good cause exists to grant the withdrawal, despite plaintiff being a corporate entity.

Accordingly,

**IT IS HEREBY ORDERED** that the request to withdraw as counsel [Docs. 37, 46] filed by Kevin J. O'Shea and O'Shea Law LLC is **GRANTED**.

**IT IS FURTHER ORDERED** that the July 14, 2026 deadline for plaintiff's substitute counsel to enter an appearance remains. Plaintiff is again warned that the failure to retain substitute counsel as ordered by this Court [Docs. 42, 45] may result in sanctions, including the dismissal of this matter for failure to obey a court order.

**IT IS FINALLY ORDERED** that plaintiff's counsel shall provide a copy of this

Order to the plaintiff and file a notice of service with the Court.

**SO ORDERED** this 7th day of July, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE