**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SI03, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 1:25-cv-00103-SNLJ |
| BODY, LLC d/b/a Body Nutrition | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

COME NOW Plaintiff's counsel, Frank J. Schmidt, Esq., Amanda M. Basch, Esq. and the law firm Schmidt Basch, LLC (collectively the "Firm") and for their Motion for Leave to Withdraw as Counsel for Plaintiff SI03, Inc., state the following:

1. Plaintiff initially contacted the Firm on or around July 2, 2026, for possible engagement as legal counsel in the above captioned matter in addition to one other matter.

2. On or about July 14, 2026, the Firm was formally engaged by Plaintiff as legal counsel and entered its appearance as attorneys of record in this matter.

3. Since that time, Plaintiff and the Firm have been unable to agree on the scope of legal representation necessary by the Firm to provide legal representation to Plaintiff in this matter, such that the Firm is unable to represent Plaintiff in accordance with the written terms of the Firm's engagement by Plaintiff.

4. As a result, the Firm notified Plaintiff on July 27, 2026 of its termination of legal representation, wherein the Firm offered to hold on the filing of this Motion through August 6, 2026, to allow Plaintiff time to engage new legal counsel to substitute for the Firm in this matter.

5. On August 5, 2026, the Firm notified Plaintiff of the newly filed Motions to Compel [52] and Motion for Leave to File under Seal [53] by Defendant on August 4, 2026.

6. The Firm has received no notice from Plaintiff of Plaintiff's retention of substitute legal counsel in this matter as of the filing of this Motion.

7. Therefore, pursuant to Missouri Supreme Court Rule 4-1.16(a)(3), Plaintiff's counsel respectfully requests the Court grant leave permitting withdraw as counsel for Plaintiff.

Respectfully Submitted,

SCHMIDT BASCH, LLC

By: /s/ *Frank J. Schmidt*

Frank J. Schmidt, #49967MO
Amanda M. Basch, #59984MO
1034 S. Brentwood Blvd., Suite 1555
St. Louis, Missouri 63117
314.721.9200 (PH)
fschmidt@schmidtbasch.com
abasch@schmidtbasch.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2026 the foregoing was electronically filed with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties of record, and sent via email and 1st class US Mail, postage prepaid, to:

SI03, Inc.
Matthew Miller
1868 Watson Drive
Jackson, Missouri 63755

/s/ *Frank J. Schmidt*