**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SI03, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:25-cv-00103-SNLJ |
| v. | ) | |
| | ) | |
| THE MBP COMPANY, LLC | ) | |
| d/b/a MARRON FOODS | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

COMES NOW Schmidt Basch, LLC, by and through undersigned counsel, and hereby certifies that a true and accurate copy of the Court's Memorandum and Order [Doc. #62], as well as a copy of this Certificate of Service, were served, via email and U.S. Mail, this 28th day of August, 2026, upon Plaintiff SI03, Inc., addressed as follows:

SI03, Inc.
Attn: Matt Miller
1868 Watson Drive
Jackson, Missouri 63755
creative@syntrax.com

Respectfully Submitted,

SCHMIDT BASCH, LLC

By: */s/ Amanda M. Basch*

Frank J. Schmidt, #49967MO
Amanda M. Basch, #59984MO
1034 S. Brentwood Blvd., Suite 1555
St. Louis, Missouri 63117
314.721.9200 (PH)
fschmidt@schmidtbasch.com
abasch@schmidtbasch.com