UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| SI03, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-00103-SNLJ |
| | ) | |
| THE MBP COMPANY, LLC | ) | |
| d/b/a Marron Foods, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the motion for leave to withdraw as counsel filed by plaintiff's counsel, Frank J. Schmidt, Amanda M. Basch, and Schmidt Basch, LLC [Doc. 54]. The motion to withdraw was held in abeyance to allow plaintiff to retain substitute counsel [Doc. 62]. Substitute counsel has now entered on behalf of plaintiff [Doc. 63].

Accordingly,

**IT IS HEREBY ORDERED** that the motion for leave to withdraw as counsel filed by plaintiff's counsel, Frank J. Schmidt, Amanda M. Basch, and Schmidt Basch, LLC [Doc. 54] is **GRANTED**. The Clerk of Court is directed to terminate Frank J. Schmidt, Amanda M. Basch, and Schmidt Basch, LLC as counsel of record.

**IT IS FURTHER ORDERED** that the parties shall submit a joint proposed scheduling plan by September 14, 2026.

**SO ORDERED** this 31st day of August, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE